IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMAN SHARIF, <br><br> Plaintiff, <br> v. <br><br> C.O. NATHAN PICONE, <br> C.O. BRIAN POTANCE, <br> C.O. THOMAS PINTO, <br> LIEUTENANT JOSEPH KOSPIAH <br> JOHN DOE C.O. NOs. 1-10 <br><br> Defendants. | CIVIL ACTION <br><br> 09-cv-2501 |

## JOINT PROPOSED SCHEDULING ORDER

AND NOW, this 27th day of Feb., 2012, it is hereby ordered that:

1. All fact discovery shall be completed by March 19, 2012.

2. All dispositive motions shall be filed no later than April 13, 2012. Responses to any such motions will be filed by April 27, 2012. Replies to any such responses will be filed by May 11, 2012.

3. If requested by counsel, the Court shall schedule a settlement conference.

4. Trial shall commence on _____.

5.      Counsel for Plaintiff will file a pre-trial memorandum and points for charge pursuant to Local Rule of Civil Procedure 16.1(c) no later than 35 days before the start of trial. Counsel for Defendants will file a pre-trial memorandum and points for charge no later than 28 days before the start of trial. Defendants' points must designate those Plaintiff points not objected to.

6.      Any party having an objection to: (a) the admissibility of any exhibit based on authenticity; (b) the admissibility for any reason (except relevancy) of any evidence expected to be offered; or (c) the admissibility of any opinion testimony from any lay witnesses pursuant to Federal Rule of Evidence 701, shall set forth separately each such objection in their Pretrial Memorandum. Each objection shall describe with particularity the ground and the authority for the objection.

7.      All motions *in limine* shall be filed with the Clerk of the Court and two copies shall be delivered to the Court no later than 21 days prior to the commencement of trial. Responses, if any, shall be filed 14 days after service of the motions *in limine*.

8.      The parties shall meet to prepare a complete and comprehensive stipulation of uncontested facts pursuant to Local Rule of Civil Procedure 16.1 (d)(2)(b)(2). Two (2) copies of such stipulation shall be submitted to the Court at least (3) days before the case appears on the Judge's schedule. The original shall be filed with the Clerk of the Court.

9.      A final pretrial conference shall be held with the Honorable Robert F. Kelly prior to the commencement of trial on _____. Lead trial counsel must appear at the conference. If

trial counsel is on trial on another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference.

BY THE COURT:

ROBERT F. KELLY, S. J.