# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMAN SHARIF, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 09-2501 |
| C.O. NATHAN PICONE, | : |
| C.O. BRIAN POTANCE, | : |
| C.O. THOMAS PINTO, | : |
| LIEUTENANT JOSEPH KOSPIAH, and | : |
| JOHN DOE C.O. Nos. 1-10, | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this 14th day of June, 2012, upon consideration of Plaintiff, Iman Sharif's, Motion to Dismiss for Failure to State a Claim (Doc. No. 40), and the Response of Defendant, Correctional Officer Nathan Picone, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE