IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAM SHARIF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONS OFFICER NATHAN PICONE, et al. | : | NO. 09-2501 |

CIVIL JUDGMENT

Before the Honorable Robert F. Kelly:

AND NOW, this 9th day of November, 2012, in accordance with the verdict of the jury on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of all the defendants and against the plaintiff.

It is further ORDERED that the Court having decided all pertinent pending motions during the trial of this matter, all outstanding motions are DENIED as MOOT.

BY THE COURT

ATTEST: *Thomas Garrity*
Thomas Garrity
Deputy Clerk

FILED
NOV - 9 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civ 1 (8/80)